| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**Jonathan Stone, Esq.**<br>490 Schooley's Mountain Road – Bldg. 3A<br>Hackettstown, NJ 07840–4002<br>Tel. (908) 979–9919 / Fax. (908) 979–9920<br>Attorney for Debtors | **FILED**<br>James J. Waldron, Clerk<br><br>MAR 2 5 2014<br><br>U.S. Bankruptcy Court, Newark NJ<br>BY _____ Deputy |
| In Re:<br><br>Michael and Deborah Richard | Case No.:   10-36773 (RG)<br><br>Hearing Date: March 10, 2014<br><br>Time:   10:00AM<br><br>Judge:   Rosemary Gambardella<br><br>Chapter:   13 |

## ORDER APPROVING AND AUTHORIZING THE DISTRIBUTION OF FUNDS FROM THE SETTLEMENT CAPTIONED RICHARD V. ITANI, ET. AL., 2:13-CV-05328-CCC-MF PURSUANT TO 11 U.S.C. § 1329

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

*[Signature]*

3-25-14   /s/ WJG

Page 2

Debtors: Michael and Deborah Richard
Case No.: 10-36773 (RG)
Caption: **ORDER APPROVING AND AUTHORIZING THE DISTRIBUTION OF FUNDS FROM THE SETTLEMENT CAPTIONED RICHARD V. ITANI, ET. AL., 2:13-CV-05328-CCC-MF PURSUANT TO 11 U.S.C. § 1329**

---

**THIS CAUSE** being brought by Jonathan Stone, Debtors' attorney pursuant to the motion seeking an Order approving and authorizing the distribution of funds from the settlement captioned Richard v. Itani, et. al., 2:13-cv-05328-CCC-MF pursuant to 11 U.S.C. § 1329 (hereinafter the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this Motion; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by the Debtors in the Motion is consistent with the applicable provisions of Title 11 of the United States Code and that any objections to the relief requested in the Motion have been withdrawn or overruled, and after due deliberation thereon, the Debtors have established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** that the Debtors' attorney has $5,000.00 in his attorney trust account; and

**IT FURTHER APPEARING** that the Debtors' attorney shall disburse $2,090.75 to the female Debtor within 30 days of this Order; and

**IT FURTHER APPEARING** that the Debtors' attorney shall disburse $2,909.25 to himself within 30 days of this Order; and

**IT IS THEREFORE SO ORDERED.**